UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X
PENETRON INTERNATIONAL LTD.   )
                              )
              Plaintiff,      )
                              )
v.                            )  Civil Action No. 12-CV-05405 (SJF)(ETBx)
                              )
ASTC POLYMERS, INC.           )  **WITHDRAWAL OF ACTION**
                              )
and                           )
                              )
JOHN DOES Numbers 1 through 5 )
                              )
              Defendant.      )
---------------------------------------------------X

Pursuant to a Settlement Agreement reached between the parties, Penetron International Ltd., by counsel, respectfully requests this Court to permit the Withdrawal of this Action, without prejudice, as to Defendant, ASTC Polymers, Inc., and John Does Numbers 1 through 5 for all claims set forth in its Complaint filed October 26, 2012, with each party to bear its own costs.

Respectfully submitted,

*/s/ Jessica Bower*
THOMAS M. GALGANO
JESSICA G. BOWER
GALGANO & ASSOCIATES, PLLC
Counsel for Plaintiff
20 W. Park Avenue, Suite 204
Long Beach, New York 11561
Telephone: (516) 431-1177
Facsimile: (516) 431-1127
E-mail: office@galganoiplaw.com

JGB\jgg
F:\G&A\377\85\withdrawal.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **WITHDRAWAL OF ACTION** has this 11th day of July, 2013 been sent by first-class mail, postage prepaid to:

> Mitchell I. Drasco, Esq.
> 627 Santa Helena
> Solana Beach, CA 92075

*Jessica G. Bower* (signature)

Jessica G. Bower

F:\G&A\377\85\withdrawalcertificateserv.wpd